**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **STEPHEN BOWERY,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| **v.** | )    **Case No. 3:11-cv-3** |
| | ) |
| **BERKSHIRE LIFE INSURANCE** | ) |
| **COMPANY OF AMERICA,** | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Come now the Plaintiff Stephen Bowery and the Defendant Berkshire Life Insurance Company of America, and hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned case shall be dismissed with full prejudice and each party shall bear its own costs, expenses, attorney fees and other fees.

Respectfully submitted,

By: /s/ *Jackson Fenner*
BURTON & MCKINNISH, PLLC
Jackson Fenner, BPR 030459
140 Court Avenue
Sevierville, Tennessee 37862
(865) 774-5515
Counsel for Stephen Bowery

By: /s/ *Elizabeth Tipping*
NEAL & HARWELL
James F. Sanders, BPR 005267
Elizabeth Tipping, BPR 023066
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 244-1713
Counsel for Defendant


140 Court Av
Sevierville
774-5515

- 1